

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,627

### EX PARTE JAMES ESTES BAKER III, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NUMBER 526054-B IN THE 209TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.  Keller, P.J. filed a dissenting opinion*.

### O P I N I O N

This is a post-conviction application for a writ of habeas corpus forwarded to this Court

pursuant to TEX. CODE CRIM. PROC. art. 11.07, § 3, *et seq.*  Applicant was convicted of the felony

offense of kidnapping, and punishment was assessed at fourteen years' confinement.  No direct

appeal was taken.

Applicant contends that the Texas Department of Criminal Justice (TDCJ) placed sex

offender conditions (special condition X) on his parole due to the underlying facts of this case, but

that this cause had no sexual component and therefore those sex offender conditions are improper.

We remanded this application to the trial court for supplemental findings of fact and conclusions of

law in light of our recent decision in *Ex parte Evans*, 338 S.W.3d 545 (Tex. Crim. App. 2011).

The trial court has decided that TDCJ did not provide adequate due process protections before placing the sex offender conditions on Applicant's parole. We agree.

We find, therefore, that Applicant is entitled to relief. TDCJ shall remove the sex offender conditions from the terms of Applicant's parole. A copy of this opinion shall be delivered to TDCJ.

DO NOT PUBLISH
DELIVERED: